**Keith L. STUBBLEFIELD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103275**

Missouri Court of Appeals, Eastern District, Division Three.

Filed: August 30, 2016

Timothy J. Forneris, St. Louis, MO, for appellant.

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

**ORDER**

PER CURIAM.

Keith Stubblefield appeals the judgment of the motion court denying his Rule 29.15 [1] motion for post-conviction relief following an evidentiary hearing. We have reviewed the briefs of the parties and the

ed.

record on appeal, and we find the motion court did not clearly err in denying Movant's motion. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).